IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME JUNIOR WASHINGTON, | No. 4:22-CV-01744 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| C.O. ANNA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 20th day of December 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Following mandatory screening by this Court, dismissal pursuant to 28 U.S.C. § 1915A(b)(1) will be as follows:

    a. Washington's Section 1983 claims against defendant Bobbi Jo Salamon and his Eighth Amendment conditions-of-confinement claim against defendant C.O. Anna are **DISMISSED** without prejudice.

    b. Washington's Fourteenth Amendment deprivation-of-property claim is **DISMISSED** with prejudice.

2. Washington, if desired, may file an amended complaint within <u>21 days</u> of the date of this Order.

3. If no amended complaint is timely filed, this case will proceed on Washington's First Amendment retaliation claim against Anna only.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge